

# United States District Court
# Eastern District of California

| Marco Antonio Gahuin Aisalla | Case Number: | 1:26-cv-01744-DJC-CSK |

Plaintiff(s)

V.

| Warden, Mesa Verde Detention Facility, et al., |

**APPLICATION FOR PRO HAC VICE**
**AND PROPOSED ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
JOHN J. GARZON _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
MARCO ANTONIO GAHUIN AISALLA

On ___04/10/1992___ (date), I was admitted to practice and presently in good standing in the UNITED STATES DISTRICT CORUT FOR THE EASTERN DISTRICT OF NEW YORK _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___04/08/2026___          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: JOHN J. GARZON

Law Firm Name: LAW OFFICE OF JOHN GARZON

Address: 45-09 GREENPOINT AVENUE

City: SUNNYSIDE          State: NY          Zip: 11104

Phone Number w/Area Code:

City and State of Residence: SUNNYSIDE, NEW YORK

Primary E-mail Address: attyjohngarzon@msn.com

Secondary E-mail Address: jglawfirmassistance@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:

Law Firm Name:

Address:

City:          State:          Zip:

Phone Number w/Area Code:          Bar #

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/9/2026

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ John J. Garzon _____ , Bar # _____ JG2895 _____ ,

was duly admitted to practice in this Court on _____ 04/10/1992 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at  Brooklyn _____ on _____ 04/08/2026
                           *(Location)*                                              *(Date)*

_____
Brenna B. Mahoney
*CLERK OF COURT*

_____
Trevor Scripps
Deputy Clerk

