UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO ANTONIO GAHUIN AISALLA
(A-220-563-651),

          Petitioner,

    v.

KRISTI NOEM, et al.,

          Respondents.

No.  1:26-cv-1744 DJC CSK

RELEASE ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents' motion to dismiss (ECF No. 14) is DENIED.

4. Respondents are ordered to IMMEDIATELY release petitioner Marco Antonio Gahuin Aisalla (A-220-563-651) and are ordered to provide petitioner with a copy of the release order at or near the time of release.  If respondents have custody of petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.) respondents shall return those to petitioner at the time of release.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified. Petitioner shall be allowed to have his counsel present at any such hearing.  This injunction does not address other circumstances where detention authority is established under different authority than what is presented in this case (e.g., 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231).

5. Respondents shall file a status report within five (5) days of Petitioner's release, confirming Petitioner's release.

6. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

7. The Clerk of the Court is further directed to serve Mesa Verde Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2